lSusan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS L. FREESE,<br><br>Defendant. | No.  6:19-mj-0051-JDP<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the

National Park Service, and Defendant Nicholas Freese, by and through his attorney of record,

Jeffrey A. Tenenbaum, that the initial appearance in the above-captioned matter set for October 1,

2019 be continued to November 19, 2019 at 10:00 a.m.


Dated:  September 23, 2019          /S/ Susan St. Vincent_____
                                                        Susan St. Vincent
                                                        Legal Officer
                                                        Yosemite National Park

Dated:  September 23, 2019           /S/ Jeffrey A. Tenenbaum___
                                                        Jeffrey A. Tenenbaum
                                                        Attorney for Defendant
                                                        Nicholas Freese

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court.

Accordingly, the October 1, 2019, initial appearance for Nicholas Freese, Case *6:19-mj-0051-JDP*, is continued to November 19, 2019, at 10:00 a.m.


IT IS SO ORDERED.


Dated:   September 23, 2019                                UNITED STATES MAGISTRATE JUDGE