Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>NICHOLAS L. FREESE,<br><br>Defendant. | Docket Number:  6:19-mj-00051-JDP<br><br>**MOTION TO VACATE REVIEW HEARING, TERMINATE PROBATION AND DISMISS COUNT 2 PURSUANT TO A DEFERRED ENTRY OF JUDGEMENT AGREEMENT; AND ORDER THEREON** |

On November 19, 2019, Defendant pleaded guilty to Count 4; Carrying a loaded firearm while in a public place.  Pursuant to a Deferred Entry of Judgement Agreement for Count 2; Possession of a controlled substance, Defendant was ordered to 12 months of unsupervised probation with the conditions he: obey all laws, report any new law violations within 7 days, forfeit his weapon (a Ruger semi-automatic, model LC9, serial number 32196323) and pay a fine of $1,000.  A review hearing was scheduled for October 21, 2020.

The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing on October 21, 2020 and terminate probation. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court.  Further, the Defendant has met all conditions of the Deferred Entry of Judgement

1  Agreement, and the United States hereby moves the Court for an Order of Dismissal to Count 2

2  of the Criminal Complaint; Possession of a controlled substance, pursuant to Rule 48 of the

3  Federal Rules of Criminal Procedure.

4

5  Dated:  October 15, 2020                           /S/ Sean O. Anderson_____

6                                                                    Sean O. Anderson
                                                          Legal Officer

7                                                                    Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for October 21, 2020, in the above-referenced matter, *United States v. Freese,* 6:19-mj-00051-JDP, be vacated, and probation terminated; count 2, possession of a controlled substance, is hereby dismissed.

IT IS SO ORDERED.

Dated:   October 15, 2020   _____
UNITED STATES MAGISTRATE JUDGE

3